**STATE of Missouri, Respondent,**

v.

**Cleophus KING, Appellant.**

No. ED 75257.

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 11, 2000.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 4, 2000.

Application for Transfer Denied
Dec. 5, 2000.

Raymund J. Capelovitch, Asst. Public
Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before WILLIAM H. CRANDALL, Jr.,
P.J., KENT E. KAROHL, J. and MARY
K. HOFF, J.

### *ORDER*

PER CURIAM.

Cleophus King (appellant) appeals convictions of felonious restraint, pursuant to
Section 565.120 RSMo (1994), and armed
criminal action, pursuant to Section
571.015 RSMo (1994). We have reviewed
the record on appeal and the briefs of the
parties. The evidence, particularly the
victim's testimony, supports the findings of
the jury and the judgment. There is no
evidence to support a finding that the sentence is manifestly unjust or that a miscarriage of justice results from it. Thus,
there is no plain error. An extended opinion would have no jurisprudential value.

We affirm the judgment pursuant to Rule
30.25(b).